■ MARIA SANTIAGO, Respondent, v NEW YORK CITY HOUSING AUTHORITY, Appellant. [598 NYS2d 941] —Order, Supreme Court, New York County (Walter M. Schackman, J.), entered on April 2, 1992, unanimously affirmed for the reasons stated by Schackman, J., without costs and without disbursements. No opinion. Concur—Murphy, P. J., Milonas, Kupferman, Ross, and Nardelli, JJ.

■ MOBIL OIL CORPORATION, Plaintiff, v PETER R. MATTHEWS, Respondent. GOETZ, FITZPATRICK & FLYNN, Appellant, v JASPAN, GINSBERG, SCHLESINGER, SILVERMAN & HOFFMAN, Respondent. (Action No. 1.) MATTHEWS INDUSTRIAL PIPING CO., INC., Respondent, v MOBIL OIL CORPORATION, Defendant. GOETZ, FITZPATRICK & FLYNN, Appellant, v JASPAN, GINSBERG, SCHLESINGER, SILVERMAN & HOFFMAN, Respondent. (Action No. 2.) [598 NYS2d 940] —Order, Supreme Court, New York County (Walter Schackman, J.), entered on or about January 28, 1993, unanimously affirmed for the reasons stated by Schackman, J., without costs and without disbursements. No opinion. Concur—Murphy, P. J., Milonas, Kupferman, Ross and Nardelli, JJ.

■ In the Matter of SOUTHLAND CORP., Appellant, v KALYPSO KOLAITIS, Respondent. [598 NYS2d 939] —Order, Supreme Court, New York County (Seymour Schwartz, J.), entered on September 30, 1992, unanimously affirmed for the reasons stated by Schwartz, J., with costs and disbursements. No opinion. Concur—Milonas, J. P., Rosenberger, Ellerin and Kupferman, JJ.

■ METRO FURNITURE RENTAL, INC., Appellant, v MICHAEL ALESSI et al., Defendants, and CHEMICAL BANK, Respondent. [598 NYS2d 939] —Order, Supreme Court, New York County (Karla Moskowitz, J.), entered on April 7, 1992, unanimously affirmed for the reasons stated by Moskowitz, J., with costs and disbursements. No opinion. Concur—Sullivan, J. P., Ellerin, Wallach, Rubin and Nardelli, JJ.